UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM AHMED MOHAMED AHMED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU, *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-04259-SI<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR STAY AND RE: PENDING MOTIONS**<br><br>Re: Dkt. No. 48 |

　　　　On March 3, 2025, plaintiff Bassam Ahmed Mohamed Ahmed filed a motion for summary judgment. At the government's request, the Court temporarily stayed the briefing on that motion, and at a May 2, 2025 case management conference, the Court set a briefing schedule on that motion. At the May 2 conference, the government reserved the right to file a cross-motion for summary judgment.

　　　　On June 9, 2025, defendants filed a motion requesting that the Court stay the summary judgment briefing for 60 days to allow the parties to explore settlement. On June 23, plaintiff filed an opposition to that motion, stating *inter alia* that the relief defendants proposed is inadequate and will not resolve the case. The same day, defendants filed a motion to dismiss the complaint, stating that the government has now provided relief to Ahmed and therefore that this case is moot. Defendants again request that the Court vacate the summary judgment briefing schedule.

　　　　In light of the recent filings the Court concludes that a stay is not appropriate at this time and thus DENIES defendants' request for a stay. If the parties can agree on a combined briefing schedule for the motion to dismiss and the summary judgment motion(s), the parties shall file a stipulation. If the parties cannot agree on a combined briefing schedule, the parties will proceed with separate briefing on the motions. Under the current summary judgment briefing schedule, defendants' opposition (and cross-motion, if defendants wish to file one) remains due on **June 27, 2025**;

plaintiff's opposition/reply is due **July 11, 2025**; defendants' reply (if a cross-motion is filed) is due **July 18, 2025**. The hearing on the summary judgment motion(s) and the motion to dismiss is scheduled for **August 8, 2025** at 11:00 a.m. via zoom.

**IT IS SO ORDERED**.

Dated: June 24, 2025

SUSAN ILLSTON
United States District Judge

2