UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BASSAM AHMED MOHAMED AHMED,

Plaintiff,

v.

ANGELICA ALFONSO-ROYALS, et al.,

Defendants.

Case No. 23-cv-04259-SI

**ORDER REQUESTING STATUS OF PLAINTIFF'S PASSPORT APPLICATION**

In the reply brief for defendants' motion to dismiss, defendants indicated that plaintiff received a certificate of citizenship on July 7, 2025, and received instructions on July 9 for how to apply for a passport using that certificate. Dkt. No. 57 at 9. The Court orders the parties to individually or jointly **provide the Court an update on the status of plaintiff's passport application by 3:00 p.m. (PDT) on Tuesday, August 5, 2025.** If plaintiff has not yet received his passport, the Court requests the parties provide an estimate of when that application process might conclude.

**IT IS SO ORDERED**.

Dated: August 1, 2025

SUSAN ILLSTON
United States District Judge