UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASSAM AHMED MOHAMED AHMED,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA ALFONSO-ROYALS, Acting Director, United States Citizenship and Immigration Services, *et al.*,<br><br>Defendants. | Case No. 23-cv-04259-SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DECLARATORY RELIEF AND DENYING ALL PENDING MOTIONS AS MOOT**<br><br>Re: Dkt. Nos. 40, 50 |

Plaintiff Bassam Ahmed Mohamed Ahmed has requested declaratory relief in the form of a declaration that he is a United States citizen. Based upon the Certificate of Citizenship issued on July 7, 2025, the Court GRANTS Ahmed's request and declares that he is a United States citizen. In light of the granting of this declaratory relief, as well as Ahmed's receipt of his United States passport and Certificate of Citizenship, the Court finds that this case is now resolved. All pending motions are DENIED as moot. The Court will issue a separate judgment and close the case.

**IT IS SO ORDERED**.

Dated: September 23, 2025

_____
SUSAN ILLSTON
United States District Judge